DONALD McKELLAR, Respondent, *v.* AMERICAN SYN-
THETIC DYES, INC., Appellant.

*Appeal — dismissed upon stipulation.*

*McKellar v. American Synthetic Dyes, Inc.,* 204 App. Div. 890, appeal dismissed. °

(Argued June 12, 1923; decided July 13, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 21, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

*Charles E. Rushmore, Edgar T. Brackett* and *Roger B. Hull* for appellant.

*Charles H. Tuttle, Henry A. Uterhart* and *Stephen C. Baldwin* for respondent.

Appeal dismissed, without costs, upon and in accordance with stipulation of parties; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.